# EXHIBIT C

| US 10,807,200 | 1987 OPEN TABLE LASER |
|---|---|
| 1. A laser cutting tool with protective enclosure assembly for manipulating a workpiece on a movable platen, said laser cutting tool with protective enclosure assembly comprising: | The 1987 Open Table Laser ("Open Table Laser") is a laser cutting tool with protective enclosure. See, e.g., https://1987machinery.com/product/open-table-laser/ |
| a frame; | The Open Table Laser includes a frame.<br> |
| a top protection assembly; | The Open Table Laser includes a top protection assembly. |

| | |
|---|---|
| |   |
| a middle protection shield; | The Open Table Laser includes a middle protection shield.<br>  |

| | |
|---|---|
| |  |
| a bottom protection assembly; | The Open Table Laser includes a bottom protection assembly.  |

| | |
|---|---|
| |  |
| a laser torch head; | The Open Table Laser comprises a laser torch head.<br> |
| wherein said top protection assembly, said middle protection assembly, and said bottom protection assembly are removably mounted to said frame; and | The top protection assembly, middle protection assembly, and bottom protection assembly are removably mounted to the frame of the Open Table Laser. |

| | |
|---|---|
| |  1987<br>DANGER<br>Nuts and bolts for removable mounting of top protection assembly  Nuts and bolts for removable mounting of the middle protection assembly<br>Fasteners for removable mounting of the bottom protection assembly |

<table>
<tr>
<td></td>
<td>
</td>
</tr>
<tr>
<td>wherein said top protection assembly, said middle protection assembly, and said bottom protection assembly form a cavity enclosing only substantially said laser torch head.</td>
<td>The top protection assembly, middle protection assembly, and bottom protection assembly of the Open Table Laser form a cavity enclosing only substantially said laser torch head.<br>
</td>
</tr>
</table>