# EXHIBIT D

| US 12,491,577 | 1987 OPEN TABLE LASER |
|---|---|
| 1. A laser cutting system, comprising: | The 1987 Open Table Laser ("Open Table Laser") is a laser cutting system. See, e.g., https://1987machinery.com/product/open-table-laser/ |
| a platen having a plurality of structural members defining a frame configured to receive a workpiece for a cutting operation; | The Open Table Laser includes a platen having a plurality of structural members defining a frame configured to receive a workpiece for a cutting operation.     |
| a laser torch head movable in relation to the platen to selectively cut the workpiece; and | The Open Table Laser includes a laser torch head movable in relation to the platen to selectively cut the workpiece. |

| | |
|---|---|
| | <br> |
| a protective material coating all exterior sides of at least one of the plurality of structural members of the frame, the protective material configured to absorb light and energy from the laser torch head during the cutting operation. | The Open Table Laser is believed to comprise a protective material coating all exterior sides of at least one of the plurality of structural members of the frame, the protective material configured to absorb light and energy from the laser torch head during the cutting operation.<br><br> |

| | |
|---|---|
| |  Protective material<br>(black painted portion)<br>coating exterior of the<br>frame  Protective Material<br>Coating Exterior of<br>Frame |